# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 04-758 |
| JOHN SPANN | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 9th day of July, 2009, upon consideration of the defendant's Motion to Vacate and Set Aside Judgment (Document #71), Request for Discovery (Document #75), and Petition for Bail (Document #76), it is hereby ORDERED that:

1. The Motion to Vacate and Set Aside Judgment and the Request for Discovery are DENIED;

2. The Petition for Bail is DISMISSED as moot;

3. There is no probable cause to issue a certificate of appealability;

4. The Clerk of court shall mark this case CLOSED for statistical purposes.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.